HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
ROBIN H. CHANG, Bar No. 355496
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
STEVEN BURGARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>STEVEN BURGARD,<br>Defendant. | Case No. 2:26-po-00201-CSK<br>**STIPULATION TO CONTINUE TRIAL DATE; FINDINGS AND ORDER**<br>DATE: November 16, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Chi Soo Kim |

**STIPULATION**

Defendant, STEVEN BURGARD, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate and request an order from this Court continuing the trial date in this matter. Mr. Burgard's case is presently scheduled for a trial on November 16, 2026, at 9:30 a.m. The parties hereby request that the trial be continued to January 25, 2027, at 9:30 a.m.

The undersigned counsel will be out-of-town for a required training during the entire week of November 16, 2026, and will therefore be unavailable for the scheduled trial. Accordingly, the parties agree that a continuance is appropriate to permit defense counsel to meet their obligations in this matter. The parties therefore request that the trial be continued to January 25, 2027 at 9:30 a.m. Mr. Burgard will be present for trial and any other substantive hearing that the Court orders

in advance of trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: October 19, 2026

*/s/ Robin H. Chang*
ROBIN H. CHANG
Assistant Federal Defender
Attorney for Defendant
STEVEN BURGARD

Dated: October 19, 2026

*/s/ Justin Lee*
Justin Lee
Assistant United States Attorney

**~~[PROPOSED]~~ ORDER**

**IT IS SO FOUND AND ORDERED** this 19th day of October, 2026.

HONORABLE Chi Soo Kim
United States Magistrate Judge